IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:16cr89 |
| RICHARD JOHN OHLHAVER, | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, hereby moves, pursuant to Fed. R. Crim. P. 48(a), to dismiss all pending counts of the Indictment against the defendant, RICHARD JOHN OHLHAVER, in accordance with the Plea Agreement entered into between the United States and co-defendant, Pamela Teresa Benson.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ Jamar K. Walker
Jamar K. Walker
Assistant U.S. Attorney